UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF TEXAS/SHERMAN DIVISION

KATHLEEN D. LIEBERMAN,
BRAD AND GINGER JESTER
WESLEY AND BRITTANY JESTER
OLIVIA BARNARD
STANTON AND ERIKA SPRABARY
Plaintiff,

Vs.

JUSTIN PAUL
WENDY WALKER
Defendants.

Case No: 4:24-cv-00207
Judge: Mazzant

## NOTICE OF DEATH

Notice of plaintiff, Mark Lieberman died on March 4, 2024. The representative of said deceased is the widow, Kathleen Lieberman.

Sincerely and respectfully submitted,

*Erika Sprabary* (signature)

Erika Sprabary

tayscase@outlook.com

209 Traveller Street

Hickory Creek, Texas 75065