**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| TREVER KYLE JESTER, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-00207-ALM-AGD |
| | § | |
| JUSTIN PAUL, ET AL. | § | |

## ORDER

Pending before the court is *pro se* Plaintiff Kathleen Lieberman's Motion to File Electronically (Dkt. #21). On March 8, 2024, the court granted all Plaintiffs access to electronic filing (Dkt. #4). Accordingly,

It is therefore **ORDERED** that Plaintiff Kathleen Lieberman's Motion to File Electronically (Dkt. #21) is **GRANTED**. Plaintiff Kathleen Lieberman is hereby approved to file electronic documents on ECF on her own behalf in this action.

**IT IS SO ORDERED.**

SIGNED this 23rd day of May, 2024.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE